FRED T. JOHNSON, Respondent, v. LEON F. DEDICOAT and Another, Appellants.— Judgment and order unanimously affirmed, with costs.

MILDRED FREDERICK, an Infant, by MARTIN FREDERICK, Her Guardian ad Litem, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 18633.) — Judgment affirmed, with costs. All concur, except Van Kirk, P. J., and Hill, J., who dissent and vote for reversal of the judgment and dismissal of the claim on the ground that the highway and bridge were of reasonable width; the concrete surface shows plainly that the concrete highway and the floor of the bridge were of the same width; the edge of the concrete was plainly to be seen; and there was no considerable curve in the road at or near the point where the automobile left the highway; there was no negligence on the part of the State shown; and the only negligence that caused the accident was that of the driver of the automobile.

LENA J. KETCHUM, as Ancillary Administratrix, etc., of FRANCIS J. KETCHUM, Deceased, Respondent, v. BOSTON AND MAINE RAILROAD, Appellant.— Judgment and order unanimously affirmed, with costs.

MARY L. SULLIVAN, Respondent, v. CHESTER A. DAVIS, Appellant.— Judgment and order unanimously affirmed, with costs.

IDA F. FERRIS, Appellant, v. AUBREY C. DECKER, Respondent.— Judgment unanimously affirmed, with costs.

BARBARA PELLETT, an Infant, by FRED PELLETT, Her Guardian ad Litem, Respondent, v. TRIPLE CITIES TRACTION CORPORATION, Appellant. JOHN BECKER, as Guardian ad Litem of EVELYN BECKER, an Infant, Respondent, v. TRIPLE CITIES TRACTION CORPORATION, Appellant. MARGIE BECKER, Respondent, v. TRIPLE CITIES TRACTION CORPORATION, Appellant.— Judgments and orders unanimously affirmed, with costs in one action.

CHARLOTTE C. HAYWARD, by Her Guardian ad Litem, HOWARD L. O'DANIEL, Respondent, v. FLOYD A. BAILEY, Appellant.— Judgment and order unanimously affirmed, with costs. Rhodes, J., not sitting.

JOHN BIANCHI, an Infant, by MARY BIANCHI, His Guardian ad Litem, Respondent, v. MILDRED SCHEDLBAUER and Others, Appellants. FRANK BIANCHI and Another, Respondents, v. MILDRED SCHEDLBAUER and Others, Appellants.— Orders affirmed, with costs in one action. All concur, except Hill, J., who dissents and votes for reversal and reinstatement of the verdicts, upon the ground that there have been two jury trials in these actions without a recovery by the plaintiffs; and Rhodes, J., on the further ground that the verdicts were justified by the evidence.